**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID URRABAZO, | CASE NO. 1:14-cv-00309-SKO |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| | **(Doc. 3)** |
| Defendant. | |
| _____/ | |

Plaintiff David Urrabazo filed a complaint on March 5, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons; and
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **March 6, 2014**                    **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE