## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID URRABAZO, Sr., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant. | Case No. 1:14-CV-0309-SKO <br><br> **STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO SERVE CONFIDENTIAL LETTER BRIEF** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time of 35-days to file Plaintiff's Confidential Letter Brief.

Counsel for the Plaintiff has been unwell and unable to complete her scheduled briefing on the due date proscribed by the scheduling order. As a result, counsel for Plaintiff requires additional time to draft the Confidential Letter Brief. Plaintiff requests an extension of time with a new due date of September 19, 2014.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated September 11, 2014:    /s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA 98383
(360) 329-6968
Attorney for Plaintiff

Dated September 11, 2014:    s/ KELSEY M. BROWN for Cynthia De Nardi
CYNTHIA DE NARDI
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## ORDER

Pursuant to the parties' Stipulation and good cause appearing, Plaintiff's motion for an extension of time to serve the confidential letter brief upon the Commissioner is GRANTED. The Scheduling Order (Doc. 6) is HEREBY AMENDED as follows:

1. Plaintiff shall serve a confidential letter brief upon the Commissioner no later than September 19, 2014;
2. The Commissioner shall serve a confidential letter brief upon Plaintiff no later than October 27, 2014;
3. If the parties do not stipulate to remand, Plaintiff shall file an Opening Brief no later than December 1, 2014;
4. The Commissioner shall file any Opposition to Plaintiff's Opening Brief no later than January 5, 2015; and
5. Plaintiff shall file any Reply to the Commissioner's Opposition no later than January 23, 2015.

IT IS SO ORDERED.

Dated:   **September 12, 2014**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE