1  BENJAMIN B.WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  CYNTHIA B. DE NARDI, CSBN 256770
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone: (415) 977-8961
7       Facsimile: (415) 744-0134
        Email: cynthia.denardi@ssa.gov
8
9  Attorneys for Defendant

10
                    **UNITED STATES DISTRICT COURT**
11                  **EASTERN DISTRICT OF CALIFORNIA**
                           **FRESNO DIVISION**
12

13  DAVID URRABAZO,                          ) Case No. 1: 14-CV-00309-SKO
                                             )
14         Plaintiff,                        ) **DEFENDANT'S UNOPPOSED REQUEST**
                                             ) **TO FILE LATE MEMORANDUM IN**
15         v.                                ) **OPPOSITION TO PLAINTIFF'S**
                                             ) **OPENING BRIEF (Doc. 14)**
16  CAROLYN W. COLVIN,                       )
    Acting Commissioner of Social Security,  )
17                                           )
                                             )
18         Defendant.                        )
                                             )
19  _____  )

20
21         Defendant, through counsel, respectfully requests leave to file late her memorandum in
22  opposition to Plaintiff's Opening Brief (Doc. 14).
23         On September 12, 2014, the Court granted the parties' stipulation for Plaintiff to file his
24  confidential letter brief (Doc. 12).  The Court also extended all other case deadlines, and set the
25  deadline for Defendant to file any opposition to Plaintiff's Opening Brief on January 5, 2015
26  (Doc. 12).  Plaintiff filed an Opening Brief on December 5, 2015 (Doc. 15).
27         Regrettably, the undersigned counsel mistakenly calendared the due date for filing any
28  opposition to Plaintiff's Opening Brief as January 15, 2015, instead of the correct date.  The

-1-

Def.'s Request to File Late Memorandum;14-CV-00309-SKO

undersigned only learned of her mistake today, January 7, 2015. The undersigned promptly sought and obtained Plaintiff's counsel's approval to request an untimely filing.

Defendant respectfully requests permission to file her opposition to Plaintiff's Opening Brief on or before January 15, 2015.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

Date: January 7, 2015        By:   /s/ *Cynthia B. De Nardi*
                             CYNTHIA B. DE NARDI
                             Special Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant shall file a responsive brief on or before January 15, 2015, and any reply brief shall be filed by no later than February 2, 2015.

IT IS SO ORDERED.

Dated:   **January 8, 2015**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE

Def.'s Request to File Late Memorandum;14-CV-00309-SKO