1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7
### EASTERN DISTRICT OF CALIFORNIA

8

9   DAVID URRABAZO, Sr.,                    Case No.  1:14-cv-00309-SKO

10                     Plaintiff,           **ORDER GRANTING PLAINTIFF'S STIPULATED REQUEST FOR AN EXTENSION OF TIME**

11          v.

12

13   CAROLYN COLVIN, Acting Commissioner
     of Social Security,
14
                       Defendant.
15   _____/

16

17          On February 2, 2015, Plaintiff filed a stipulated request seeking a one-day extension of

18   time to file his reply brief.  (Doc. 18.)  Plaintiff states that the extension is necessary because

19   Plaintiff has a heavy caseload, with two briefs due on February 2, 2015, and no additional

20   attorneys to assist with meeting these deadlines. Plaintiff requires  additional  time  to  draft  his

21   reply brief, and requests a one-day extension of time.  Plaintiff's reply brief was filed on February

22   3, 2015.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.     The parties' stipulated request is GRANTED, and

25          2.     Plaintiff's reply brief, filed on February 3, 2015, is deemed timely.

26   IT IS SO ORDERED.

27   Dated:   **February 4, 2015**            **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE
28