KELSEY MACKENZIE BROWN, CA #263109
Dellert Baird Law Office, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID URRABAZO, | Case No. 1:14-cv-00309-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
| Defendants. | (Doc. 24) |

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $6,250.00, and expenses in the amount of $14.31, for a total of $6,264.31, shall be awarded to Plaintiff as a settlement amount.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to **Kelsey Mackenzie Brown**, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

The parties agree that whether these checks are made payable to Plaintiff, or to Kelsey Mackenzie Brown, they shall be mailed to Plaintiff's attorney at the following address: **Kelsey Brown, 2529 Cliffside Ln NW, H-102, Gig Harbor, WA 98335**.

Dated this 15th day of October 2015:    s/ KELSEY MACKENZIE BROWN
Kelsey Mackenzie Brown, CA #263109
Dellert Baird Law Offices, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Telephone: (206) 300-9063
kelsey@mackenzielegal.com
Of Attorneys for Plaintiff

Dated this 15th day of October 2015:    s/ KELSEY MACKENZIE BROWN FOR
Michael Marriott
Via email authorization
Social Security Administration
Office of the General Counsel
160 Spear Street, Suite 800
San Francisco, CA 94105-1545
415-977-8942
Of Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **October 16, 2015**            **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2